
# THE UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| IN RE: ) | CHAPTER 13 |
| ) | CASE NO: **05-55216** |
| **LISA GRAFTON** ) | |
| **JOHN A GRAFTON** ) | MARILYN SHEA-STONUM |
| ) | BANKRUPTCY JUDGE |
| Debtor(s) ) | |
| ) | TRANSMITTAL OF UNCLAIMED FUNDS |

••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••

Keith L. Rucinski, Standing Chapter 13 Trustee, reports the following:

1. In the above captioned case, the Trustee has made a distribution to the following creditor(s):

    **ALLTEL COMMUNICATIONS**
    **Check No. 725146**
    **Claim #008**

    However, either the check has been returned to the Trustee or a stop payment has been issued by the Trustee due to creditor's failure to negotiate the check

2. The Chapter 13 Trustee is hereby enclosing a check in the amount of $42.89 payable to the Clerk of the United States Bankruptcy Court for deposit in the Court's depository account.

Date: **3/16/2010**

Keith L. Rucinski, Chapter 13 Trustee
Ohio Reg. No. 0063137
Joseph A. Ferrise, Staff Attorney
Ohio Reg. No. 0084477
One Cascade Plaza, Suite 2020
Akron, OH 44308
Phone: 330.762.6335
Fax: 330.762.7072
krucinski@ch13akron.com
jferrise@ch13akron.com

*ck # 742170*
*receipt # 81350*

CHAPTER 13
Keith L. Rucinski
Trustee
1 Cascade Plaza
Suite 2020
Akron, Oh 44308
(330) 762-6335
Fax
(330) 762-7072
Email
krucinski@ch13akron.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was sent to:

| | |
|---|---|
| LISA GRAFTON | JOHN A GRAFTON |
| 2059 RIDGE ROAD | 6476 KINGSDALE |
| HINCKLEY, OH 44233 | CLEVELAND, OH 44130 |
| (Via Regular Mail) | (Via Regular Mail) |

ROBERT T TINL ESQ (via ECF)

ALLTEL COMMUNICATIONS
ONE ALLIED DRIVE
LITTLE ROCK, AR 77202
(via Regular Mail)

Date of Service: **3/16/2010**     By: **JoAnn Romig**
Office of the Chapter 13 Trustee

CHAPTER 13
Keith L. Rucinski
Trustee
1 Cascade Plaza
Suite 2020
Akron, Oh 44308
(330) 762-6335
Fax
(330) 762-7072
Email
rucinski@ch13akron.com